E-FILED
Friday, 20 May, 2022  08:20:12 AM
Clerk, U.S. District Court, ILCD



# ZOOM  CONNECTION INFORMATION

## URBANA

**Judge Long**

**Participants can log into the video hearing using the Zoom application or go to https://zoom.com/join and entering the following Meeting ID: 160 924 96574. The Court will admit you from the waiting room once the hearing is ready to begin. For those participating by telephone, call (551) 285-1373 and enter the Meeting ID when prompted to do so.**

<u>Video:</u>
Meeting ID:  160 924 96574

<u>Audio Only:</u>
Phone: 551-285-1373, then enter Meeting ID 160 924 96574